

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00551-CV

James Brent **MANSFIELD**,
Appellant

v.

Stormie Rae **MANSFIELD**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-17710
Honorable Stephani A. Walsh, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

On our own motion, this court's opinion and judgment dated October 9, 2019 are WITHDRAWN. In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that appellee Stormie Rae Mansfield recover her costs of this appeal from appellant James Brent Mansfield.

SIGNED November 20, 2019.

Liza A. Rodriguez, Justice